# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHANDAN MANANSINGH,

    Defendant.

Case No. 2:15-cr-00070-RFB

**ORDER TO PRODUCE CHANDAN MANANSINGH**

TO:    CHARLOTTE COLLINS, NEVADA SOUTHERN DETENTION CENTER, PAHRUMP, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **CHANDAN MANANSINGH, #54857037**, is presently in custody of the U.S. Marshals Service, Nevada Southern Detention Center.

**IT IS HEREBY ORDERED** that the Warden of Metropolitan Detention Center, or her designee, shall transport and produce **CHANDAN MANANSINGH, #54857037**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Thursday, December 24, 2015, at the hour of 11:00 a.m.**, to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **CHANDAN MANANSINGH, #54857037**, is released and discharged by the said Court.

DATED: December 23, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**