UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CHANDAN MANANSINGH,<br><br>           Defendant. | Case No. 2:15-cr-00070-RFB<br><br>**ORDER AUTHORIZING RELEASE OF CHANDAN MANANSINGH TO L.V.R.R.C. PENDING IMPOSITION OF SENTENCE** |

On December 22, 2015, Defendant Chandan Manansingh appeared before the Court regarding revocation of the terms of his supervised release. Based upon the Court's review of the record and for the reasons stated at the hearing,

**IT IS ORDERED** that upon the availability of bed space at the Las Vegas Residential Re-entry Center (L.V.R.R.C.) Chandan Manansingh shall be released from detention on his pending supervised release violations and continued on supervised release pending his sentencing. Mr. Manansingh shall be released upon the conditions as set forth by the Court on December 22, 2015 to the halfway house.

**DATED** this 24th day of December, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**