Paul S. Padda, Esq. (NV Bar #10417)
Email: psp@paulpaddalaw.com
PAUL PADDA LAW, PLLC
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940
Web: paulpaddalaw.com
Web: thefederaldefenders.com

Attorney for Chandan Manansingh

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
          Plaintiff,  )
      v.  )  Case No. 2:15-cr-0070-RFB
CHANDAN MANANSINGH,  )
          Defendant.  )
_____ )

## STIPULATION TO CONTINUE REVOCATION HEARING

Pursuant to Federal Rules of Criminal Procedure ("FRCP") 32.1(b)(2) and 45(b), the parties respectfully request that the Court continue the hearing pertaining to revocation of Defendant's supervised release. In support of this stipulation, the parties rely upon the following:

1. On April 1, 2016, an arrest warrant was issued for Defendant based upon an alleged supervised release violation.[1]

2. On April 4, 2016, Defendant was brought before the Court and ordered detained pending an FRCP 32.1 revocation hearing for adjudication of the government's allegations in

---

[1] Pacer #50.

support of its belief that Defendant violated the terms of his supervised release.[2] Under FRCP 32.1, a revocation hearing is required within a "reasonable" time. The Court, at the request of counsel for Defendant, set a hearing date for April 15, 2016.

3. Counsel for the parties having discussed this matter are in agreement that the revocation hearing currently scheduled for April 15, 2016 should be continued at least 30-days. Counsel for Defendant has discussed this matter in detail with his client who is currently detained at the Southern Nevada Detention Center in Pahrump, Nevada. Mr. Manansingh understands and specifically concurs with this request for a continuance of no less than 30-days. Under the circumstances of this particular case, the parties are in agreement that a continuance of 30-days or more is reasonable.

In light of the foregoing, the parties respectfully request that the Court approve this stipulation and continue the revocation hearing to a date no earlier than May 12, 2016.

|  |  |
|---|---|
| Respectfully submitted, | |
| /s/ *J. Gregory Damm* | /s/ *Paul S. Padda* |
| J. Gregory Damm, Esq.<br>Assistant United States Attorney<br>Counsel for the United States<br>Dated: April 12, 2016 | Paul S. Padda, Esq.<br>Counsel for Defendant<br>Dated: April 12, 2016 |

. . .

. . .

. . .

. . .

. . .

---

[2] Pacer #51.

2

**IT IS SO ORDERED:**

**The parties' stipulation for continuance of the supervised release revocation hearing in <u>United States v. Chandan Manansingh</u>, 2:15-cr-0070-RFB, is hereby approved. The hearing currently scheduled for April 15, 2016 is continued to the following date and time:**

      **Date:** May 26, 2016

      **Time:** 1:30 PM

_____
**RICHARD F. BOULWARE, II**
United States District Judge.

**DATED** this <u>13th</u> day of April, 2016.

CERTIFICATE OF SERVICE

    In compliance with the Court's Local Rules, the undersigned hereby certifies that on April 12, 2016 a copy of the foregoing document, "STIPULATION TO CONTINUE REVOCATION HEARING" was served (via the Court's CM/ECF system) upon all parties and counsel of record in this matter.

                                            /s/ *Paul S. Padda*
                                            _____
                                            Paul S. Padda, Esq.